# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 7, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161625-6(108)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARC SLIS and 906 VAPOR,
   Plaintiffs-Appellees,

SC: 161625
COA: 351211
Ct of Claims: 19-000152-MZ

v

STATE OF MICHIGAN and DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
   Defendants-Appellants.

_____

A CLEAN CIGARETTE CORPORATION,
   Plaintiff-Appellee,

SC: 161626
COA: 351212
Ct of Claims: 19-000154-MZ

v

GOVERNOR, STATE OF MICHIGAN, and
DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
   Defendants-Appellants.

_____/

   On order of the Chief Justice, the motion of various public health and medical organizations to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 5, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   August 7, 2020   

                Clerk